# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 17-71578-PMB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Date Filed (f) or Converted (c): | 12/14/2017 (f) |
| | | § 341(a) Meeting Date: | 01/16/2018 |
| For Period Ending: | 06/30/2018 | Claims Bar Date: | 05/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4570 Blackland Drive Marietta, GA 30067, Valuation Method: Zillow | 1,699,000.00 | 139,000.00 | | 1,479,000.00 | FA |
| 2  541 Fort Street NE Marietta GA 30060, Valuation Method: Zillow | 137,152.00 | 22,300.00 | | 119,500.00 | FA |
| 2  Assets Totals (Excluding unknown values) | **$1,836,152.00** | **$161,300.00** | | **$1,598,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Real properties have been sold per Orders, Dkt # 40 and 55. Trustee is in the process of finalizing filed claims resolutions and preparing the partnership tax return.

**Initial Projected Date Of Final Report (TFR):**  12/31/2019    **Current Projected Date Of Final Report (TFR):**  12/31/2018

07/31/2018                                              /s/S. Gregory Hays

Date                                                    S. Gregory Hays

Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/18 | {2} | Great Southern Realty Capital LLC | Earnest Money Applied to sale of 541 Fort Street, Marietta per Order, Docket # 55. | 1110-000 | 2,000.00 | | 2,000.00 |
| 03/20/18 | | Campbell & Brannon IOLTA (Kimberly & John Keith) | Sale of 4570 Blackland Drive, Marietta, GA 30067 per Order, Docket # 40. | | 122,374.35 | | 124,374.35 |
| | {1} | Kimberly Keith and John Keith | Gross Sale Price. Sold per Order, Docket # 40.   $1,479,000.00 | 1110-000 | | | 124,374.35 |
| | | AMF HOLDINGS, LLC Brian Hall, c/o Smith, Gambrell & Russell, LL | Mortgage payoff paid per Order, Docket # 40.   -$1,233,514.50 | 4110-000 | | | 124,374.35 |
| | | Engel & Voelkers North America | Real Estate Commission paid per Order, Docket # 40.   -$44,370.00 | 3510-000 | | | 124,374.35 |
| | | Coldwell Banker Residential Brokers | Real Estate Commission paid per Order, Docket # 40.   -$44,370.00 | 3510-000 | | | 124,374.35 |
| | | Cobb County Tax Commissioner | 2018 Property taxes paid per Order, Docket # 40.   -$4,422.16 | 2820-000 | | | 124,374.35 |
| | | Wellsley Park Homeowners Association, Inc. | Homeowner association lien paid per Order, Docket # 40.   -$1,062.00 | 4120-000 | | | 124,374.35 |
| | | Wellsley Park Homeowners Association, Inc. | Net 2018 Homeowner association dues paid per Order, Docket # 40.   -$158.22 | 2500-000 | | | 124,374.35 |
| | | Cobb County Water System | Water bill paid per Order, Docket # 40.   -$113.88 | 2500-000 | | | 124,374.35 |
| | | Cobb County Tax Commissioner | 2017 property taxes paid per Order, Docket # 40.   -$22,794.77 | 4700-000 | | | 124,374.35 |
| | | Manuela Condado | Property clean up paid per Order, Docket # 40.   -$700.00 | 2500-000 | | | 124,374.35 |

Page Subtotals: $124,374.35   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-71578-PMB | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | | Account #: | ******8300 Checking |
| For Period Ending: | 06/30/2018 | | Blanket Bond (per case limit): | $30,390,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Robin Blass | Junk removal expense reimbursement paid per Order, Docket # 40.<br>-$379.00 | 2500-000 | | | 124,374.35 |
| | | Cammie Della Valle | Move out expenses paid per Order, Docket # 40.<br>-$4,741.12 | 2500-000 | | | 124,374.35 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.85 | 124,320.50 |
| 04/16/18 | | Campbell & Brannon IOLTA (Great Southern Realty Capital, Buyer) | Sale of 541 Fort Street, Marietta per Order, Docket # 55. | | 39,045.95 | | 163,366.45 |
| | {2} | Great Southern Realty Capital, LLC | Sale of 541 Fort Street, Marietta per Order, Docket # 55.<br>$117,500.00 | 1110-000 | | | 163,366.45 |
| | | City of Marietta | Real Property taxes paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.<br>-$216.69 | 2820-000 | | | 163,366.45 |
| | | Cobb County Tax Commissioner | Real Property taxes paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.<br>-$63.30 | 2820-000 | | | 163,366.45 |
| | | Phoenix Shelter Corp | Real Estate Commission paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.<br>-$3,585.00 | 3510-000 | | | 163,366.45 |
| | | Berkkshire Hathaway | Real Estate Commission paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.<br>-$3,585.00 | 3510-000 | | | 163,366.45 |
| | | ACLAIME CREDIT STRATEGIES FUND, LP Brian Hall, c/o Smith, Gambrell & Russell, LL | First Mortgage paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55. Check paid at closing to AMF Holdings per attorney for creditor.<br>-$71,004.06 | 4110-000 | | | 163,366.45 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 193.44 | 163,173.01 |

Page Subtotals: $39,045.95    $247.29

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 258.18 | 162,914.83 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 226.51 | 162,688.32 |
| | | | **COLUMN TOTALS** | | 163,420.30 | 731.98 | $162,688.32 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 163,420.30 | 731.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$163,420.30** | **$731.98** | |

*{ } Asset Reference(s)*                                                                                                              *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-4

| | |
|---|---|
| **Case No.:** | 17-71578-PMB |
| **Case Name:** | C&L DELLA VALLE XXVI, LLC |
| **Taxpayer ID #:** | **-***9871 |
| **For Period Ending:** | 06/30/2018 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8300 Checking |
| **Blanket Bond (per case limit):** | $30,390,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $163,420.30 |
| Plus Gross Adjustments: | $1,435,079.70 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,598,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8300 Checking | $163,420.30 | $731.98 | $162,688.32 |
| | **$163,420.30** | **$731.98** | **$162,688.32** |