**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  C&L DELLA VALLE XXVI, LLC        §    Case No. 17-71578-PMB
                                         §
                                         §
                                         §
              Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/14/2017. The undersigned trustee was appointed on 12/14/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $      1,598,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 1,328,375.33 |
| Administrative expenses | 106,704.37 |
| Bank service fees | 1,347.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 162,072.87 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/07/2018 and the deadline for filing governmental claims was 06/12/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $70,813.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $70,813.37, for a total compensation of $70,813.37[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $306.62 for total expenses of $306.62[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/23/2018

By: /s/ S. Gregory Hays
       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 17-71578-PMB  
**Case Name:** C&L DELLA VALLE XXVI, LLC  
**For Period Ending:** 10/23/2018

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/14/2017 (f)  
**§ 341(a) Meeting Date:** 01/16/2018  
**Claims Bar Date:** 05/07/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4570 Blackland Drive Marietta, GA 30067, Valuation Method: Zillow | 1,699,000.00 | 139,000.00 | | 1,479,000.00 | FA |
| 2 | 541 Fort Street NE Marietta GA 30060, Valuation Method: Zillow | 137,152.00 | 22,300.00 | | 119,500.00 | FA |
| 2 | **Assets Totals (Excluding unknown values)** | **$1,836,152.00** | **$161,300.00** | | **$1,598,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2019      **Current Projected Date Of Final Report (TFR):** 10/23/2018

10/23/2018  
Date

/s/S. Gregory Hays  
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 10/23/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/18 | {2} | Great Southern Realty Capital LLC | Earnest Money Applied to sale of 541 Fort Street, Marietta per Order, Docket # 55. | 1110-000 | 2,000.00 |  | 2,000.00 |
| 03/20/18 |  | Campbell & Brannon IOLTA (Kimberly & John Keith) | Sale of 4570 Blackland Drive, Marietta, GA 30067 per Order, Docket # 40. |  | 122,374.35 |  | 124,374.35 |
|  | {1} | Kimberly Keith and John Keith | Gross Sale Price. Sold per Order, Docket # 40.  $1,479,000.00 | 1110-000 |  |  | 124,374.35 |
|  |  | AMF HOLDINGS, LLC Brian Hall, c/o Smith, Gambrell & Russell, LL | Mortgage payoff paid per Order, Docket # 40.  -$1,233,514.50 | 4110-000 |  |  | 124,374.35 |
|  |  | Engel & Voelkers North America | Real Estate Commission paid per Order, Docket # 40.  -$44,370.00 | 3510-000 |  |  | 124,374.35 |
|  |  | Coldwell Banker Residential Brokers | Real Estate Commission paid per Order, Docket # 40.  -$44,370.00 | 3510-000 |  |  | 124,374.35 |
|  |  | Cobb County Tax Commissioner | 2018 Property taxes paid per Order, Docket # 40.  -$4,422.16 | 2820-000 |  |  | 124,374.35 |
|  |  | Wellsley Park Homeowners Association, Inc. | Homeowner association lien paid per Order, Docket # 40.  -$1,062.00 | 4120-000 |  |  | 124,374.35 |
|  |  | Wellsley Park Homeowners Association, Inc. | Net 2018 Homeowner association dues paid per Order, Docket # 40.  -$158.22 | 2500-000 |  |  | 124,374.35 |
|  |  | Cobb County Water System | Water bill paid per Order, Docket # 40.  -$113.88 | 2500-000 |  |  | 124,374.35 |
|  |  | Cobb County Tax Commissioner | 2017 property taxes paid per Order, Docket # 40.  -$22,794.77 | 4700-000 |  |  | 124,374.35 |
|  |  | Manuela Condado | Property clean up paid per Order, Docket # 40.  -$700.00 | 2500-000 |  |  | 124,374.35 |
|  |  | Robin Blass | Junk removal expense reimbursement paid per Order, Docket # 40.  -$379.00 | 2500-000 |  |  | 124,374.35 |
|  |  | Cammie Della Valle | Move out expenses paid per Order, Docket # 40.  -$4,741.12 | 2500-000 |  |  | 124,374.35 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 53.85 | 124,320.50 |
|  |  |  | Page Subtotals: | | $124,374.35 | $53.85 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 10/23/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/16/18 | | Campbell & Brannon IOLTA (Great Southern Realty Capital, Buyer) | Sale of 541 Fort Street, Marietta per Order, Docket # 55. | | 39,045.95 | | 163,366.45 |
| | {2} | Great Southern Realty Capital, LLC | Sale of 541 Fort Street, Marietta per Order, Docket # 55.  $117,500.00 | 1110-000 | | | 163,366.45 |
| | | City of Marietta | Real Property taxes paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$216.69 | 2820-000 | | | 163,366.45 |
| | | Cobb County Tax Commissioner | Real Property taxes paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$63.30 | 2820-000 | | | 163,366.45 |
| | | Phoenix Shelter Corp | Real Estate Commission paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$3,585.00 | 3510-000 | | | 163,366.45 |
| | | Berkkshire Hathaway | Real Estate Commission paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$3,585.00 | 3510-000 | | | 163,366.45 |
| | | ACLAIME CREDIT STRATEGIES FUND, LP Brian Hall, c/o Smith, Gambrell & Russell, LL | First Mortgage paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55. Check paid at closing to AMF Holdings per attorney for creditor.  -$71,004.06 | 4110-000 | | | 163,366.45 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 193.44 | 163,173.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 258.18 | 162,914.83 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 226.51 | 162,688.32 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 249.60 | 162,438.72 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 241.43 | 162,197.29 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.42 | 162,072.87 |

Page Subtotals:    $39,045.95    $1,293.58

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 10/23/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 163,420.30 | 1,347.43 | $162,072.87 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 163,420.30 | 1,347.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $163,420.30 | $1,347.43 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-71578-PMB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | C&L DELLA VALLE XXVI, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9871 | **Account #:** | ******8300 Checking |
| **For Period Ending:** | 10/23/2018 | **Blanket Bond (per case limit):** | $30,390,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $163,420.30 |
| Plus Gross Adjustments: | $1,435,079.70 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,598,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8300 Checking | $163,420.30 | $1,347.43 | $162,072.87 |
| | **$163,420.30** | **$1,347.43** | **$162,072.87** |

10/23/2018                                         /s/S. Gregory Hays
Date                                                     S. Gregory Hays

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-71578-PMB          C&L DELLA VALLE XXVI, LLC

Claims Bar Date: 05/07/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | AMF HOLDINGS, LLC<br>c/o Smith, Gambrell & Russell, LLC/Brian Hall<br>1230 Peachtree Street, NE, Ste 3100<br>Atlanta, GA 30309<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/13/18 | | $1,223,359.55<br>$1,233,514.50 | $1,233,514.50 | $0.00 |
| | Claim paid in full at closing of Blackland Drive property per Order, Docket # 40. | | | | | |
| 2 | ACLAIME CREDIT STRATEGIES FUND, LP<br>c/o Smith, Gambrell & Russell, LLC/Brian Hall<br>1230 Peachtree Street, NE, Ste 3100<br>Atlanta, GA 30309<br><br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/13/18 | | $70,352.16<br>$71,004.06 | $71,004.06 | $0.00 |
| | Claim paid in full at closing of Fort Street property per Order, Docket # 55. | | | | | |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/18/18 | | $70,813.37<br>$70,813.37 | $0.00 | $70,813.37 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>04/16/18 | | $306.62<br>$306.62 | $0.00 | $306.62 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>06/21/18 | | $49,582.00<br>$49,582.00 | $0.00 | $49,582.00 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>06/21/18 | | $622.50<br>$622.50 | $0.00 | $622.50 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 17-71578-PMB          C&L DELLA VALLE XXVI, LLC

Claims Bar Date: 05/07/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM5 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>10/18/18 | | $7,320.00<br>$7,320.00 | $0.00 | $7,320.00 |
| ADM6 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>10/18/18 | | $42.99<br>$42.99 | $0.00 | $42.99 |
| SURPLUS | C&L DELLA VALLE XXVI, LLC<br>4570 BLACKLAND DRIVE<br>MARIETTA, GA 30067<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>10/22/18 | | $0.00<br>$13,054.49 | $0.00 | $13,054.49 |
| 3 | Dr. Daniel McBrayer<br>1605 South Park Street<br>Lithia Springs, GA 30122<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/18 | | $109,000.00<br>$20,000.00 | $0.00 | $20,000.00 |
| | Claim allowed as a $20,000 unsecured claim per Order, Docket # 66. | | | | | |
| 3I | Dr. Daniel McBrayer<br>1605 South Park Street<br>Lithia Springs, GA 30122<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>10/22/18 | | N/A<br>$330.90 | $0.00 | $330.90 |

Case Total:  $1,304,518.56    $162,072.87

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-71578-PMB
Case Name: C&L DELLA VALLE XXVI, LLC
Trustee Name: S. Gregory Hays

**Balance on hand:**  $  162,072.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | AMF HOLDINGS, LLC | 1,223,359.55 | 1,233,514.50 | 1,233,514.50 | 0.00 |
| 2 | ACLAIME CREDIT STRATEGIES FUND, LP | 70,352.16 | 71,004.06 | 71,004.06 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  162,072.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 70,813.37 | 0.00 | 70,813.37 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 7,320.00 | 0.00 | 7,320.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 42.99 | 0.00 | 42.99 |
| Trustee, Expenses - S. Gregory Hays | 306.62 | 0.00 | 306.62 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 49,582.00 | 0.00 | 49,582.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 622.50 | 0.00 | 622.50 |

Total to be paid for chapter 7 administrative expenses:  $  128,687.48
Remaining balance:  $  33,385.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  33,385.39

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 33,385.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Dr. Daniel McBrayer | 20,000.00 | 0.00 | 20,000.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 20,000.00 |
| Remaining balance: | $ | 13,385.39 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 13,385.39 |

UST Form 101-7-TFR(5/1/2011)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 13,385.39 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.65% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $330.90. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $13,054.49.

**UST Form 101-7-TFR(5/1/2011)**