**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

C&L Della Valle XXVI, LLC.,    :    CHAPTER 7
                               :
    Debtor.                    :    CASE NO.: 17-71578-PMB
                               :
                               :

**DEBTOR'S RESPONSE
TO APPLICATIONS FOR COMPENSATION
AND REQUEST FOR CONTINUANCE**

COMES NOW  Debtor, through its undersigned counsel, and files this Response to Applications for Compensation.

1.    This Court has scheduled a hearing on the pending applications for compensation for January 7, 2019 at 2:00 p.m.

2.    Debtor desires to file objections to certain applications and portions thereof, and files this Response to reserve its right to file such prior to the date of the hearing.

3.    Debtor's counsel recognizes that Debtor, as a limited liability company, is required to speak through a licensed attorney.  In the event that Debtor's principal requires another counsel to supplement this Response, then Debtor requests a continuance or reset in order to allow Debtor to locate substitute counsel.

4.    Debtor's counsel has discussed this Response with counsel for Trustee, and with Debtor, and does not seek to prejudice either party or cause unnecessary expense or delay.  Because Debtor desires to further research and possibly file objections, a brief reset is in the best interest of all parties.

Respectfully Submitted, this 19th day of December, 2019:

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339
Tel: (404)800-4001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| C&L Della Valle XXVI, LLC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | CASE NO.: 17-71578-PMB |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Response to Fee Applications in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

C&L Della Valle XXVI, LLC
4570 Blackland Drive
Marietta, GA 30067

Cammie Della Valle
4570 Blackland Drive
Marietta, GA 30067

Michael J. Bargar,
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street NW
Atlanta, GA 30363
michael.bargar@agg.comEsq.

DATE:   December 19, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339
Tel: (404)800-4001