**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

C&L Della Valle XXVI, LLC.,        :        CHAPTER 7
                                   :
     Debtor.                       :        CASE NO.: 17-71578-PMB
                                   :
                                   :

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor's counsel has filed a RESPONSE TO APPLICATIONS FOR COMPENSATION AND REQUEST FOR CONTINUANCE and related papers with the Court. (Doc. 71).

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on this Response to Application for Compensation and Request for Continuance in <u>Courtroom 1202 at 2:00 p.m. on January 7, 2019.</u>

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Spring Street, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

By: /s/
Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor