**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re: C&L DELLA VALLE XXVI, LLC           §           Case No. 17-71578-PMB
                                           §
                                           §
                                           §
           Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,348,706.23 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $236,739.28 | | |

      3) Total gross receipts of $1,598,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $13,054.49 (see **Exhibit 2**), yielded net receipts of $1,585,445.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,080,000.00 | $1,317,568.48 | $1,328,375.33 | $1,328,375.33 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $236,739.28 | $236,739.28 | $236,739.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $313,000.00 | $109,000.00 | $20,330.90 | $20,330.90 |
| **TOTAL DISBURSEMENTS** | $1,393,000.00 | $1,663,307.76 | $1,585,445.51 | $1,585,445.51 |

4) This case was originally filed under chapter 7 on 12/14/2017. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2019         By: /s/ S. Gregory Hays
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4570 Blackland Drive Marietta, GA 30067, Valuation Method: Zillow | 1110-000 | $1,479,000.00 |
| 541 Fort Street NE Marietta GA 30060, Valuation Method: Zillow | 1110-000 | $119,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,598,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| C&L DELLA VALLE XXVI, LLC | Final distribution. Paid per TFR (Dkt No. 69) and NFR (Dkt No. 70) | 8200-002 | $13,054.49 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$13,054.49** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cobb County Tax Commissioner | 4700-000 | NA | $22,794.77 | $22,794.77 | $22,794.77 |
| | Wellsley Park Homeowners Association, Inc. | 4120-000 | NA | $1,062.00 | $1,062.00 | $1,062.00 |
| 1 | AMF HOLDINGS, LLC | 4110-000 | $1,000,000.00 | $1,223,359.55 | $1,233,514.50 | $1,233,514.50 |
| 2 | ACLAIME CREDIT STRATEGIES FUND, LP | 4110-000 | $60,000.00 | $70,352.16 | $71,004.06 | $71,004.06 |
| N/F | Cobb County Tax Commissioner | 4110-000 | $20,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,080,000.00** | **$1,317,568.48** | **$1,328,375.33** | **$1,328,375.33** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2100-000 | NA | $70,813.37 | $70,813.37 | $70,813.37 |
| Trustee, Expenses - S. Gregory Hays | 2200-000 | NA | $306.62 | $306.62 | $306.62 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 3310-000 | NA | $7,320.00 | $7,320.00 | $7,320.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 3320-000 | NA | $42.99 | $42.99 | $42.99 |
| Costs re Sale of Property - Cammie Della Valle | 2500-000 | NA | $4,741.12 | $4,741.12 | $4,741.12 |
| Costs re Sale of Property - Cobb County Water System | 2500-000 | NA | $113.88 | $113.88 | $113.88 |
| Costs re Sale of Property - Manuela Condado | 2500-000 | NA | $700.00 | $700.00 | $700.00 |
| Costs re Sale of Property - Robin Blass | 2500-000 | NA | $379.00 | $379.00 | $379.00 |
| Costs re Sale of Property - Wellsley Park Homeowners Association, Inc. | 2500-000 | NA | $158.22 | $158.22 | $158.22 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,347.43 | $1,347.43 | $1,347.43 |
| Other State or Local Taxes (post-petition) - City of Marietta | 2820-000 | NA | $216.69 | $216.69 | $216.69 |
| Other State or Local Taxes (post-petition) - Cobb County Tax Commissioner | 2820-000 | NA | $4,485.46 | $4,485.46 | $4,485.46 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 3210-000 | NA | $49,582.00 | $49,582.00 | $49,582.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 3220-000 | NA | $622.50 | $622.50 | $622.50 |
| Realtor for Trustee Fees (Real Estate Commissions) - Berkkshire Hathaway | 3510-000 | NA | $3,585.00 | $3,585.00 | $3,585.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Coldwell Banker Residential Brokers | 3510-000 | NA | $44,370.00 | $44,370.00 | $44,370.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Engel & Voelkers North America | 3510-000 | NA | $44,370.00 | $44,370.00 | $44,370.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Phoenix Shelter Corp | 3510-000 | NA | $3,585.00 | $3,585.00 | $3,585.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $236,739.28 | $236,739.28 | $236,739.28 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Dr. Daniel McBrayer | 7100-000 | $10,000.00 | $109,000.00 | $20,000.00 | $20,000.00 |
| 3I | Dr. Daniel McBrayer | 7990-000 | NA | NA | $330.90 | $330.90 |
| N/F | Cammie Della Valle | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | Charles Morgan | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Domenico Della Valle | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Dorian Asavoaei | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Mitchell Mcbrayer | 7100-000 | $45,000.00 | NA | NA | NA |
| | TOTAL GENERAL UNSECURED CLAIMS | | $313,000.00 | $109,000.00 | $20,330.90 | $20,330.90 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 17-71578-PMB  
**Case Name:** C&L DELLA VALLE XXVI, LLC  
**For Period Ending:** 04/08/2019

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/14/2017 (f)  
**§ 341(a) Meeting Date:** 01/16/2018  
**Claims Bar Date:** 05/07/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4570 Blackland Drive Marietta, GA 30067, Valuation Method: Zillow | 1,699,000.00 | 139,000.00 | | 1,479,000.00 | FA |
| 2  541 Fort Street NE Marietta GA 30060, Valuation Method: Zillow | 137,152.00 | 22,300.00 | | 119,500.00 | FA |
| **2**  Assets Totals (Excluding unknown values) | **$1,836,152.00** | **$161,300.00** | | **$1,598,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2019   **Current Projected Date Of Final Report (TFR):** 10/23/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/18 | {2} | Great Southern Realty Capital LLC | Earnest Money Applied to sale of 541 Fort Street, Marietta per Order, Docket # 55. | 1110-000 | 2,000.00 | | 2,000.00 |
| 03/20/18 | | Campbell & Brannon IOLTA (Kimberly & John Keith) | Sale of 4570 Blackland Drive, Marietta, GA 30067 per Order, Docket # 40. | | 122,374.35 | | 124,374.35 |
| | {1} | Kimberly Keith and John Keith | Gross Sale Price. Sold per Order, Docket # 40.  $1,479,000.00 | 1110-000 | | | 124,374.35 |
| | | AMF HOLDINGS, LLC Brian Hall, c/o Smith, Gambrell & Russell, LL | Mortgage payoff paid per Order, Docket # 40.  -$1,233,514.50 | 4110-000 | | | 124,374.35 |
| | | Engel & Voelkers North America | Real Estate Commission paid per Order, Docket # 40.  -$44,370.00 | 3510-000 | | | 124,374.35 |
| | | Coldwell Banker Residential Brokers | Real Estate Commission paid per Order, Docket # 40.  -$44,370.00 | 3510-000 | | | 124,374.35 |
| | | Cobb County Tax Commissioner | 2018 Property taxes paid per Order, Docket # 40.  -$4,422.16 | 2820-000 | | | 124,374.35 |
| | | Wellsley Park Homeowners Association, Inc. | Homeowner association lien paid per Order, Docket # 40.  -$1,062.00 | 4120-000 | | | 124,374.35 |
| | | Wellsley Park Homeowners Association, Inc. | Net 2018 Homeowner association dues paid per Order, Docket # 40.  -$158.22 | 2500-000 | | | 124,374.35 |
| | | Cobb County Water System | Water bill paid per Order, Docket # 40.  -$113.88 | 2500-000 | | | 124,374.35 |
| | | Cobb County Tax Commissioner | 2017 property taxes paid per Order, Docket # 40.  -$22,794.77 | 4700-000 | | | 124,374.35 |
| | | Manuela Condado | Property clean up paid per Order, Docket # 40.  -$700.00 | 2500-000 | | | 124,374.35 |
| | | Robin Blass | Junk removal expense reimbursement paid per Order, Docket # 40.  -$379.00 | 2500-000 | | | 124,374.35 |
| | | Cammie Della Valle | Move out expenses paid per Order, Docket # 40.  -$4,741.12 | 2500-000 | | | 124,374.35 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.85 | 124,320.50 |
| | | | **Page Subtotals:** | | **$124,374.35** | **$53.85** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/16/18 | | Campbell & Brannon IOLTA (Great Southern Realty Capital, Buyer) | Sale of 541 Fort Street, Marietta per Order, Docket # 55. | | 39,045.95 | | 163,366.45 |
| | {2} | Great Southern Realty Capital, LLC | Sale of 541 Fort Street, Marietta per Order, Docket # 55.  $117,500.00 | 1110-000 | | | 163,366.45 |
| | | City of Marietta | Real Property taxes paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$216.69 | 2820-000 | | | 163,366.45 |
| | | Cobb County Tax Commissioner | Real Property taxes paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$63.30 | 2820-000 | | | 163,366.45 |
| | | Phoenix Shelter Corp | Real Estate Commission paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$3,585.00 | 3510-000 | | | 163,366.45 |
| | | Berkkshire Hathaway | Real Estate Commission paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55.  -$3,585.00 | 3510-000 | | | 163,366.45 |
| | | ACLAIME CREDIT STRATEGIES FUND, LP Brian Hall, c/o Smith, Gambrell & Russell, LL | First Mortgage paid at closing of the sale of 541 Fort Street, Marietta per Order, Docket # 55. Check paid at closing to AMF Holdings per attorney for creditor.  -$71,004.06 | 4110-000 | | | 163,366.45 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 193.44 | 163,173.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 258.18 | 162,914.83 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 226.51 | 162,688.32 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 249.60 | 162,438.72 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 241.43 | 162,197.29 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.42 | 162,072.87 |
| 01/15/19 | 101 | S. Gregory Hays | Trustee compensation and expenses paid per Order, Dkt # 74. | | | 71,119.99 | 90,952.88 |
| | | | Trustee compensation paid per Order, Dkt # 74. | 2100-000 | | | 90,952.88 |
| | | | **Page Subtotals** | | **$39,045.95** | **$72,413.57** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 17-71578-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | C&L DELLA VALLE XXVI, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9871 | Account #: | ******8300 Checking |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $70,813.37 | | | | |
| | | | Trustee expenses paid per Order, Dkt # 74. $306.62 | 2200-000 | | | 90,952.88 |
| 01/15/19 | 102 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 74. | | | 50,204.50 | 40,748.38 |
| | | | Attorney fees paid per Order, Dkt # 74. $49,582.00 | 3210-000 | | | 40,748.38 |
| | | | Attorney expenses paid per Order, Dkt # 74. $622.50 | 3220-000 | | | 40,748.38 |
| 01/15/19 | 103 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Dkt # 74. | | | 7,362.99 | 33,385.39 |
| | | | Accountant fees paid per Order, Dkt # 74. $7,320.00 | 3310-000 | | | 33,385.39 |
| | | | Accountant expenses paid per Order, Dkt # 74. $42.99 | 3320-000 | | | 33,385.39 |
| 01/15/19 | 104 | Dr. Daniel McBrayer | Final distribution plus interest. Paid per TFR (Dkt No. 69) and NFR (Dkt No. 70) | | | 20,330.90 | 13,054.49 |
| | | | Final distribution. Paid per TFR (Dkt No. 69) and NFR (Dkt No. 70) $20,000.00 | 7100-000 | | | 13,054.49 |
| | | | Interest on final distribution. Paid per TFR (Dkt No. 69) and NFR (Dkt No. 70) $330.90 | 7990-000 | | | 13,054.49 |
| 01/15/19 | 105 | C&L DELLA VALLE XXVI, LLC | Final distribution. Paid per TFR (Dkt No. 69) and NFR (Dkt No. 70) | 8200-002 | | 13,054.49 | 0.00 |
| | | COLUMN TOTALS | | | 163,420.30 | 163,420.30 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 163,420.30 | 163,420.30 | |
| | | Less: Payments to Debtors | | | | 13,054.49 | |
| | | NET Receipts / Disbursements | | | $163,420.30 | $150,365.81 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-71578-PMB | | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | C&L DELLA VALLE XXVI, LLC | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9871 | | **Account #:** | ******8300 Checking |
| **For Period Ending:** | 04/08/2019 | | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $163,420.30 |
| Plus Gross Adjustments: | $1,435,079.70 |
| Less Payments to Debtor: | $13,054.49 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,585,445.51 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8300 Checking | $163,420.30 | $150,365.81 | $0.00 |
| | $163,420.30 | $150,365.81 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)