## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**C&L Della Valle XXVI, LLC**<br>4570 Blackland Drive<br>Marietta, GA 30067<br><br>81–1039871 | Case No.: **17–71578–pmb**<br>Chapter: **7**<br>Judge: **Paul Baisier** |

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### S. Gregory Hays

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

*Paul Baisier*

Paul Baisier
United States Bankruptcy Judge

Dated:   April 30, 2019
Form 183